UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT WOOD, et al.,

        Plaintiffs,        CIV S-03-2592 DFL PAN

    v.

                              ORDER

GRANITE CONSTRUCTION, et al,

        Defendants.

—oOo—

On June 29, 2005, plaintiff Scott Wood moved "to continue" his motion to compel discovery scheduled for hearing before this court on July 13. Plaintiff states that opposing counsel has agreed to provide access to records previously withheld and the parties therefore request this matter be continued to "a date uncertain." Plaintiff's motion to compel discovery is denied without prejudice provided any remaining

////

////

dispute is duly noticed for hearing pursuant to E. D. Cal. L. R. 37-251.

So ordered.

Dated:  July 6, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge