Mark R. Thierman, CBN 72913 NBN 8285
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, NV 89511
Tel: (775) 284-1500
Fax: (775) 703-5027
Email:laborlawyer@pacbell.net

OK/HAV

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT WOOD, CHARLES W. JUDSON, WILLIAM BATES, SYBILLE GROTE, MARTIN REEVES, ERNEST STEWART, STEVE FORSYTHE, ROBERT BADILLA, BRIAN THOMPSON, KARVIN TILANDER, CHARLES ("CHUCK") JENNINGS, LORENZO RAMIEREZ and MINDY GABRIEL on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>GRANITE CONSTRUCTION COMPANY and FEDERAL INSURANCE COMPANY<br><br>    Defendants. | Case No.: S-03-2592 DFL PAN<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MATTER FOLLOWING DECISION ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>RELATED CASE: CIV S-03-2514 LKK JFM |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein, as follows:

1. In August 2004, this Court heard oral argument on Plaintiffs' motion for class certification. The parties completed supplemental briefing in September 2004. On March 14, 2005, the Court granted Plaintiffs' motion. On June 30, 2005, Plaintiffs' counsel submitted a

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MATTER FOLLOWING DECISION ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (Case No. S-03-2592 DFL PAN)

1

proposed class notification. That request remains pending. As such, the parties have been unable to notify the unnamed class members either of the existence of this case or their option to opt out.

  2. Without ascertaining the names of all class members, Defendant has been unable to determine the full scope of necessary discovery. To date, Defendant has permitted Plaintiffs to inspect and copy voluminous relevant documents. Defendant issued Plaintiffs comprehensive document production requests, responses to which are due September 28, 2005. Despite the discovery conducted to date, the parties still have a substantial amount of discovery to conduct, including additional document requests and the depositions of percipient witnesses for both parties.

  3. Throughout the discovery process, the parties have continued to explore resolution. Defendant has provided Plaintiffs' counsel with detailed spreadsheets addressing the prevailing wage claims. The parties are hopeful this case will resolve within the next three months.

  4. In March 2004, the Court issued a Status Order establishing the following dates:

   a. Discovery to close March 15, 2005;

   b. All dispositive motions to be filed by April 20, 2005;

   c. Dispositive hearings scheduled for May 18, 2005;

   d. The final pre-trial conference set for July 1, 2005; and

   e. The trial scheduled to begin August 15, 2005.

  5. On March 3, 2005, this Court extended the preceding dates and set the following schedule:

   a. Discovery to close June 13, 2005;

   c. All dispositive motions to be filed by July 27, 2005;

   c. Dispositive hearings scheduled for August 24, 2005;

   d. The final pre-trial conference set for September 30, 2005; and

   e. The trial scheduled to begin November 14, 2005.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MATTER FOLLOWING DECISION ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (Case No. S-03-2592 DFL PAN)

2

6. On June 15, 2005, this Court extended the preceding dates and set the following schedule:

    a. Discovery to close September 12, 2005;

    d. All dispositive motions to be filed by November 9, 2005;

    c. Dispositive hearings scheduled for December 7, 2005 at 10:00 a.m.;

    d. The final pre-trial conference set for January 25, 2006, commencing at 4:00 p.m.; and

    e. The trial scheduled to begin March 6, 2006.

7. The parties hereby stipulate to and request that the Court grant an additional ninety (90) day extension for the parties to complete necessary discovery and to file any dispositive motions.

8. The parties further stipulate to and request that the Court continue the scheduled dispositive motion hearing, final pre-trial conference, and trial date by ninety (90) days to accommodate the revised discovery and dispositive motion schedule.

DATED: _____          DATED: _____

THIERMAN LAW FIRM              JACKSON LEWIS LLP


_____         _____

Mark R. Thierman               Scott Oborne
Attorney for Plaintiff         Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MATTER FOLLOWING DECISION ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (Case No. S-03-2592 DFL PAN)

3

# ORDER

IT IS HEREBY ORDERED as follows:

1. The pending September 12, 2005 deadline to complete discovery and the November 9, 2005 deadline to file dispositive motions are hereby extended for ninety (90) days. Discovery must be complete by December 8, 2005 and any dispositive motion must be filed by February 1, 2006.

2. To accommodate the revised discovery and dispositive motion deadlines, the hearing on any dispositive motion shall be extended to March 1, 2006 at 10:00 A.M., the final pre-trial conference shall be extended to April 26, 2006 at 4:00 P.M., and trial date shall be extended to June 5, 2006 at 9:00 A.M..

DATED:    09/28/2005

                                                      /s/ David F. Levi, U.S. District Judge
                                                      HONORABLE DAVID LEVI

Respectfully submitted by:

THIERMAN LAW FIRM


By:_____

Mark R. Thierman
7187 Lakeside Drive
Reno, Nevada 89511
(774) 284-1500

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MATTER FOLLOWING DECISION ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (Case No. S-03-2592 DFL PAN)

4