Mark R. Thierman, CBN 72913
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, NV 89511
Tel: (775) 284-1500
Fax: (775) 703-5027
Attorney for Plaintiffs

Robert M. Pattison, CBN 103528
Scott Oborne, CBN 191257
**JACKSON LEWIS, LLP**
199 Fremont Street
San Francisco, CA 94105
Tel: (415) 394-9400
Fax: (415) 394-9401
Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT WOOD, CHARLES W. JUDSON, WILLIAM BATES, SYBILLE GROTE, MARTIN REEVES, ERNEST STEWART, STEVE FORSYTHE, ROBERT BADILLA, BRIAN THOMPSON, KARVIN TILANDER, CHARLES ("CHUCK") JENNINGS, LORENZO RAMIEREZ and MINDY GABRIEL on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GRANITE CONSTRUCTION COMPANY and FEDERAL INSURANCE COMPANY<br><br>Defendants. | Case No.: S-03-2592 DFL PAN<br><br>**[PROPOSED] ORDER DETERMINNG GOOD FAITH AND GRANTING FINAL APPROVAL OF SETTLEMENT**<br><br>**Date:** June 29, 2006<br>**Time:** 1:30 p.m.<br>**Place.:** Courtroom 7<br>**Judge:** David Levi |

///

///

///

///

| | |
|---|---|
| SCOTT WOOD, CHARLES W. JUDSON, WILLIAM BATES, SYBILLE GROTE, MARTIN REEVES, ERNEST STEWART, STEVE FORSYTHE, ROBERT BADILLA, BRIAN THOMPSON, KARVIN TILANDER and CHUCK JENNINGS, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>VALENTINE SURFACING, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and UNITED PACIFIC INSURANCE COMPANY,<br><br>           Defendants | Related Case No. S-03-2514-DFL-PAN |

Having considered the parties' Stipulation Re: Settlement of Class Action (hereafter "Settlement Agreement") on file in this action and all other materials properly before the Court and having conducted an inquiry pursuant to Federal Rule of Civil Procedure Rule 23, the Court finds that the Settlement Agreement was entered into by all parties in good faith, and the Settlement Agreement is approved, including an award of attorneys' fees for Class Counsel in the amount of Twenty-five percent (25%) of the Maximum Settlement Payment, less any potential Settlement Payments attributable to any Class Member submitting an Opt Out form pursuant to the terms of the parties Settlement Agreement, and allowable litigation costs and expenses of up to $8,000.  The Court will simultaneously, or the Clerk of the Court shall, enter the Judgment provided in the Settlement Agreement.  Thierman Law Firm as the Claims Administrator shall deliver the Order Granting Final Approval the Settlement to Class Members

///

///

///

1  and make the payments to the Class Members and Class Counsel as provided for in the
2  Settlement Agreement.
3  IT IS SO ORDERED.
4  Dated:  6/29/2006

_____
DAVID F. LEVI
Chief United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

[PROPOSED] ORDER DETERMINING GOOD FAITH AND GRANTING FINAL APPROVAL OF SETTLEMENT

3